# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 6 EM 2024 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| COREY TAYLOR, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of May, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is impermissible). The Prothonotary is DIRECTED to forward the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* to counsel of record.